USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO FLORES MARTIN,

      Plaintiff,

  -v.-

49TH STREET PIZZA CORP. et al,

      Defendants.

24 Civ. 3450 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

  Pursuant to the November 25, 2024 Civil Case Management Plan, ECF No. 21, discovery in this matter closed on March 25, 2025. The parties have not filed any motions for summary judgment—or any letters indicating an intent to move for summary judgment—by the subsequent deadline. *See* Fed. R. Civ. P. 56(b) ("Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery."). No later than **May 5, 2025**, the parties shall file a joint letter informing the Court of the current status of this case and any proposed next steps.

  SO ORDERED.

Dated: April 29, 2025
   New York, New York

                 */s/ Jennifer H. Rearden*
                 JENNIFER H. REARDEN
                 United States District Judge