UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTONIO FLORES MARTIN,

                              Plaintiff,

          -against-

49TH STREET PIZZA CORP. et al.,

                            Defendants.

-----------------------------------------------------------------X

24-CV-03450 (SN)

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2025

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on July 18, 2025, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 28. The parties submitted their proposed settlement papers before then-presiding Judge Jennifer H. Rearden, who directed the parties to submit a sworn affidavit from Plaintiff's counsel documenting the hours it had devoted to this case by September 11, 2025. ECF No. 29. The parties subsequently consented to my jurisdiction in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. ECF No. 31.

      Plaintiff's counsel has failed to comply with Judge Rearden's Order and did not submit the requested affidavit. Notwithstanding counsel's failure to comply with a court order, the Court finds that the interest of justice is best served by vacating the prior order and entering a final judgment in this case.

2

Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                                      _____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 17, 2025
              New York, New York